# Return

| Case No.: 25-MJ-117 | Date and time warrant executed: 06/25/2025 4:04 pm | Copy of warrant and inventory left with: Discord Legal Response Team |
|---|---|---|

Inventory made in the presence of :
  Discord Legal Response Team

Inventory of the property taken and name of any person(s) seized:

  Attachments, Content, Messages, Reports, Servers and Sessions for ".frankiepeanuts"
  Attachments, Content, Messages, Reports, Servers and Sessions for "tiredolddad1"

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   07/22/2025

*Executing officer's signature*

**Special Agent Nathan Markon**
*Printed name and title*